IP:  50.76.100.253  
Time: 4/18/14 04:44:27 PM  
Title:  Dallas Buyers Club 2013 BluRay 720p x264 AAC Dolby FLiCKSiCK  
SHA1: 1FFB9F8A4A69B9F9F7B59896652AE1825221A783  
Comcast Business Communications  
Portland, Oregon

| No. | IP | Torrentname | Category | Date |
|---|---|---|---|---|
| 1. | 50.76.100.253 | BitTorrent-PrettyLights-AroundTheBlock | Audio | 2013/09/11-2013/09/18 |
| 2. | 50.76.100.253 | SONY Sound Forge Pro 11.0 build 234 (patch-keygen DI) | Software | 2013/09/15 |
| 3. | 50.76.100.253 | BitTorrent-4hourchef-audiobook-Unlocked | Audio | 2013/09/18 |
| 4. | 50.76.100.253 | Dredd [BluRay 1080p][AC3 5.1 Castellano DTS English+Subs.ES-EN][2013] | Video | 2013/09/19 |
| 5. | 50.76.100.253 | Tron.Legacy.2010.BluRay.1080p.DTS.x264-CHD | Video | 2013/09/24 |
| 6. | 50.76.100.253 | Game of Thrones - Season 1 | TV Series | 2013/09/25 |
| 7. | 50.76.100.253 | Lorde - The Love Club [2013] [EP] [FLAC] | Audio | 2013/09/26 |
| 8. | 50.76.100.253 | Cloud Atlas (2012) [1080p] | Video | 2013/09/26 |
| 9. | 50.76.100.253 | Star.Trek.Into.Darkness.2013.1080p.WEB-DL.H264-PublicHD | Video | 2013/09/26 |
| 10. | 50.76.100.253 | The Heat (2013) [1080p] | Video | 2013/10/18 |
| 11. | 50.76.100.253 | Pathfinder | eBook | 2013/10/18-2013/10/19 |
| 12. | 50.76.100.253 | Malazan Book of the Fallen | eBook | 2013/10/21 |
| 13. | 50.76.100.253 | George R R Martin eBook Collection (Including The Game of Thrones) | eBook | 2013/10/21 |
| 14. | 50.76.100.253 | R. A. Salvatore Audiobook Collection 1 to 32 | Audio | 2013/10/22 |
| 15. | 50.76.100.253 | The Companions - The Sundering, Book I - R. A. Salvatore.epub | eBook | 2013/10/22 |
| 16. | 50.76.100.253 | The Power Of Habit_ Why We Do What (929) | eBook | 2013/10/22 |
| 17. | 50.76.100.253 | Corel Painter X3 13.0.0.704 (x86-x64) | Software | 2013/10/23 |
| 18. | 50.76.100.253 | Photographing Shadow and Light - Inside the Dramatic Lighting Techniques and Creative Vision of Portrait Photographer Joey L | eBook | 2013/10/25 |
| 19. | 50.76.100.253 | Lighting for Digital Photography - From Snapshots to Great Shots | eBook | 2013/10/25 |

Voltage, et. al. v. Doe                                                                                                              Exhibit 1

| | | | | |
|---|---|---|---|---|
| 20. | 50.76.100.253 | Posing Techniques for Location Portrait Photography Ebook | eBook | 2013/10/25 |
| 21. | 50.76.100.253 | Digital Landscape Photography - In the Footsteps of Ansel Adams and the Great Masters | eBook | 2013/10/25 |
| 22. | 50.76.100.253 | Adobe Acrobat Pro x V10.0 Multilingual+Crack+Keys[2].rar | Software | 2013/10/26 |
| 23. | 50.76.100.253 | [OPF-Italia] Dragonball Z 057.avi | Video | 2013/10/27 |
| 24. | 50.76.100.253 | Digital.Tutors-3ds.Max.Collection | eBook | 2013/10/27-2013/10/30 |
| 25. | 50.76.100.253 | The Walking Dead Season 4 Episode 3 720p HDTV [GlowGaze.Com] | TV Series | 2013/10/29 |
| 26. | 50.76.100.253 | Pain & Gain (2013) [1080p] | Video | 2013/10/29 |
| 27. | 50.76.100.253 | Pusha T - My Name Is My Name [2013] [Mp3-320]-V3nom [GLT] | Audio | 2013/10/30 |
| 28. | 50.76.100.253 | Flow - The Psychology of Optimal Experience - Mihaly Csikszentmihalyi.epub | eBook | 2013/10/30 |
| 29. | 50.76.100.253 | Mumford and Sons Babel 2012 FLAC-Cue (RLG) | Audio | 2013/10/31 |
| 30. | 50.76.100.253 | The Walking Dead 113 (2013) (Digital) (Zone-Empire).cbr | eBook | 2013/10/31 |
| 31. | 50.76.100.253 | The Walking Dead 110 (2013) (Digital) (Zone-Empire).cbr | eBook | 2013/10/31 |
| 32. | 50.76.100.253 | Adobe After Effects CS6 Classroom in a Book + Exercise files | eBook | 2013/10/31 |
| 33. | 50.76.100.253 | The Walking Dead 115 (2013) (Digital) (Zone-Empire).cbr | Audio | 2013/11/01 |
| 34. | 50.76.100.253 | The Marshall Mathers LP2 (Deluxe) | Audio | 2013/11/04 |
| 35. | 50.76.100.253 | The Walking Dead Season 4 Episode 4 HDTV.rip [KiNFi].mkv | TV Series | 2013/11/04 |
| 36. | 50.76.100.253 | 28.Weeks.Later.2007.Bluray.1080p.DTS-HD.x264-Grym.(@BTNET) | Video | 2013/11/04 |
| 37. | 50.76.100.253 | 2001.A.Space.Odyssey.1968.1080p.BluRay.x264.anoXmous | Video | 2013/11/04 |
| 38. | 50.76.100.253 | 30 Days Of Night (2007) 1080p MKV x264 DTS BluRay-SilverTorrentHD | Video | 2013/11/04 |
| 39. | 50.76.100.253 | 28.Days.Later.2002.Bluray.1080p.DTS-HD.x264-Grym.(@BTNET) | Video | 2013/11/04 |
| 40. | 50.76.100.253 | The.Cabin.In.The.Woods.2011.1080p.BluRay.x264-HDEX | Video | 2013/11/05 |
| 41. | 50.76.100.253 | Corpse.Bride.2005.1080p.BluRay.x264-ESiR | Video | 2013/11/05 |
| 42. | 50.76.100.253 | The Princess Bride 1987 BluRay 1080p DTS x264 LoNeWoLf | Video | 2013/11/05 |
| 43. | 50.76.100.253 | Pacific.Rim.2013.1080p.BluRay.DTS.x264-PublicHD | Video | 2013/11/05 |
| 44. | 50.76.100.253 | Let.the.Right.One.In.2008.Bluray.1080p.DTS-HD.x264-Grym@BTNET | Video | 2013/11/05-2013/11/06 |
| 45. | 50.76.100.253 | WALL-E.1080p.BluRay.x264-HD1080 | Video | 2013/11/06 |
| 46. | 50.76.100.253 | The.Hobbit.An.Unexpected.Journey.2012.EXTENDED.1080p.BluRay.DTS.x264-PublicHD | Video | 2013/11/06 |

| # | IP | Title | Type | Dates |
|---|---|---|---|---|
| 47. | 50.76.100.253 | No.Country.For.Old.Men.2007.1080p.BluRay.x264-CtrlHD | Video | 2013/11/06-2013/11/07 |
| 48. | 50.76.100.253 | 2 Guns 2013 1080p Bluray DTS-MA x264 SilverTorrentHD | Video | 2013/11/06-2013/11/27 |
| 49. | 50.76.100.253 | Let.The.Right.One.In.2008.1080p.BluRay.x264-BestHD | Video | 2013/11/07 |
| 50. | 50.76.100.253 | Fit2Fat2Fit The Unexpected Lessons from Gaining and Losing 75 lbs on Purpose 2012 (Pdf,Epub,Mobi) - Mantesh | eBook | 2013/11/07 |
| 51. | 50.76.100.253 | I.Robot.2004.OPEN.MATTE.1080p.BluRay.DTS.x264-CtrlHD [PublicHD] | Video | 2013/11/07-2013/11/10 |
| 52. | 50.76.100.253 | The.Avengers.2012.Bluray.1080p.DTS-HD-7.1.x264-Grym@BTNET | Video | 2013/11/08 |
| 53. | 50.76.100.253 | Dredd (2012) 1080p MKV x264 DTS BluRay-SilvertorrentHD | Video | 2013/11/08 |
| 54. | 50.76.100.253 | 4n 4m3r1c4n W3r3w0lf 1n L0nd0n (BDrip 1080p ENG-ITA - DTS) Multisub x264 bluray (1981) | Video | 2013/11/08-2013/11/10 |
| 55. | 50.76.100.253 | The Lumineers - The Lumineers [Deluxe Version] (2013) | Audio | 2013/11/11 |
| 56. | 50.76.100.253 | The.Wolverine.2013.EXTENDED.1080p.BluRay.DTS-ES.x264-PublicHD | Video | 2013/11/11 |
| 57. | 50.76.100.253 | We.Bought.a.Zoo.2011.BluRay.1080p.DTS.x264-CHD [PublicHD.ORG] | Video | 2013/11/12 |
| 58. | 50.76.100.253 | Les.Miserables.2012.BluRay.1080p.DTS.x264-CHD | Video | 2013/11/12-2013/11/14 |
| 59. | 50.76.100.253 | Alien.Anthology.1080p.Complete.Bluray.DTS-HD.x264-Grym | Video | 2013/11/12-2013/11/14 |
| 60. | 50.76.100.253 | 60.Minutes.S46E02.Season.46.Episode.2.2013.HDTV.x264-LNC.[ettv] | TV Series | 2013/11/14 |
| 61. | 50.76.100.253 | [ www.UsaBit.com ] - The Internship (2013) UNRATED BluRay 720p 850MB Ganool.mkv | Video | 2013/11/15 |
| 62. | 50.76.100.253 | The.Lord.of.the.Rings.Trilogy.1080p.Extended.Complete.Bluray.DTS-HD-6.1.x264-Grym | Video | 2013/11/15-2013/11/17 |
| 63. | 50.76.100.253 | The.Matrix.Reloaded.2003.1080p.BluRay.DTS.x264-HiDt | Video | 2013/11/16 |
| 64. | 50.76.100.253 | Ludwig Von 88 | Audio | 2013/11/16-2013/11/26 |
| 65. | 50.76.100.253 | Silent.Hill.Revelation.3D.2012.1080p.BluRay.Half-SBS.DTS.x264-Public3D | Video | 2013/11/16-2013/11/26 |
| 66. | 50.76.100.253 | HAIM-Days_Are_Gone_(iTunes_Version)-2013 | Audio | 2013/11/18 |
| 67. | 50.76.100.253 | Serenity.2005.Bluray.1080p.DTS-HD.x264-Grym | Video | 2013/11/18-2013/11/19 |
| 68. | 50.76.100.253 | Star Wars The Complete Saga 1977-2005 1080p BluRay xnHD x264 NhaNc3 | Video | 2013/11/19 |
| 69. | 50.76.100.253 | Terminator 3 | Video | 2013/11/19-2013/11/21 |
| 70. | 50.76.100.253 | Zero Dark Thirty (2012) 1080p BluRay AC3+DTS HQ Eng NL Subs | Video | 2013/11/20 |
| 71. | 50.76.100.253 | Nosferatu.A.Symphony.Of.Horror.1922.720p.BluRay.x264-SbR [PublicHD] | Video | 2013/11/21 |

Voltage, et. al. v. Doe                                                                                                      Exhibit 1

| | | | | |
|---|---|---|---|---|
| 72. | 50.76.100.253 | 2011.04.05.Underworld.Trilogy.2003-2009.HDDVD.BluRay.1080p.x264.DTS-MySilu | TV Series | 2013/11/22 |
| 73. | 50.76.100.253 | Nosferatu.1922.1080p.BluRay.x264-HD4U [PublicHD] | Video | 2013/11/22 |
| 74. | 50.76.100.253 | Beauty and the Beast (BDrip 1080p ENG-ITA-GER-TUR) x264 bluray (1991) | Video | 2013/11/23-2013/11/24 |
| 75. | 50.76.100.253 | Django.Unchained.2012.1080p.BluRay.x264-SPARKS [PublicHD] | Video | 2013/11/23-2013/11/24 |
| 76. | 50.76.100.253 | Rise.of.the.Planet.of.the.Apes.1080p.BluRay.x264-MaxHD | Video | 2013/11/23-2013/11/24 |
| 77. | 50.76.100.253 | Avatar.2009.Extended.Cut.CE.Bluray.1080p.DTS-HD.x264-Grym@BTNET | Video | 2013/11/23-2013/11/25 |
| 78. | 50.76.100.253 | Daybreakers 2009 BluRay 1080p DTS dxva LoNeWolf | Video | 2013/11/24-2013/11/25 |
| 79. | 50.76.100.253 | Men in Black III .2012.DVDRip.XviD-DoNE | Video | 2013/11/25 |
| 80. | 50.76.100.253 | Percy Jackson Sea of Monsters 2013 1080p BRRip x264 AC3-JYK | Video | 2013/11/27 |
| 81. | 50.76.100.253 | Elysium.2013.1080p.BluRay.DTS-HD.MA.7.1.x264-PublicHD | Video | 2013/11/28 |
| 82. | 50.76.100.253 | Predator.1987.Ultimate.Hunter.Edition.Bluray.1080p.DTS-HD.x264-Grym | Video | 2013/11/28-2013/12/02 |
| 83. | 50.76.100.253 | Jurassic.Park.Ultimate.Trilogy.1993-2001.BluRay.1080p.DTS.2Audio.x264-CHD | Video | 2013/11/29-2013/12/01 |
| 84. | 50.76.100.253 | Predators 2010 1080p Bluray x264 DTS Pimp4003 (PimpRG) | Video | 2013/11/30-2013/12/02 |
| 85. | 50.76.100.253 | Dungeons & Dragons - Ravenloft | eBook | 2013/12/02 |
| 86. | 50.76.100.253 | Pathfinder RPG OGL - Midgard Campaign Setting - Midgard Bestiary.pdf | eBook | 2013/12/03 |
| 87. | 50.76.100.253 | Cloverfield.2008.Bluray.1080p.TrueHD.x264-Grym | Video | 2013/12/03-2013/12/04 |
| 88. | 50.76.100.253 | Pathfinder Refined | eBook | 2013/12/03-2013/12/04 |
| 89. | 50.76.100.253 | Ground.Floor.S01E04.HDTV.x264-LOL.mp4 | TV Series | 2013/12/06 |
| 90. | 50.76.100.253 | Die.Hard.Quadrilogy.1988-2007.1080p.BluRay.x264.anoXmous | Video | 2013/12/07 |
| 91. | 50.76.100.253 | Hellboy Duology (2004, 2008) 1080p DTS multisub HUN HighCode | Video | 2013/12/07 |
| 92. | 50.76.100.253 | Gladiator.2000.Complete.Extended.Bluray.1080p.DTS-HD.x264-Grym | Video | 2013/12/07-2013/12/08 |
| 93. | 50.76.100.253 | How.To.Train.Your.Dragon.2010.1080p.BluRay.x264.anoXmous | Video | 2013/12/07-2013/12/09 |
| 94. | 50.76.100.253 | [www.tnttorrent.info]REAL_STEEL_2011(Leon 345) | Video | 2013/12/07-2013/12/09 |
| 95. | 50.76.100.253 | Kingdom.of.Heaven.2005.Directors.Cut.Bluray.1080p.DTS-HD.x264-Grym | Video | 2013/12/07-2013/12/10 |
| 96. | 50.76.100.253 | Minority Report.2002.BDRip.1080p.[nntt].mkv | Video | 2013/12/08 |
| 97. | 50.76.100.253 | Queen Of Hearts | Video | 2013/12/09 |
| 98. | 50.76.100.253 | Big Sean - Finally Famous [Deluxe Version] (2011) | Audio | 2013/12/11 |
| 99. | 50.76.100.253 | The.Book.of.Eli.2010.1080p.BluRay.x264.DTS-WiKi | Video | 2013/12/14-2013/12/15 |

| # | IP | Title | Type | Date |
|---|---|---|---|---|
| 100. | 50.76.100.253 | The.Grey.2012.DTS.ITA.ENG.1080p.BluRay.x264-BLUWORLD | Video | 2013/12/14-2013/12/18 |
| 101. | 50.76.100.253 | Immortals 2011 BluRay 1080p DTS LoNeWolf | Video | 2013/12/15-2013/12/16 |
| 102. | 50.76.100.253 | Super.8.2011.BluRay.1080p.x264.DTS-HDC | Video | 2013/12/16 |
| 103. | 50.76.100.253 | Psionics Unleashed | eBook | 2013/12/16 |
| 104. | 50.76.100.253 | Dreamscarred Press - PFRPG - Psionics Expanded - Advanced Psionics Guide.pdf | eBook | 2013/12/16 |
| 105. | 50.76.100.253 | Escape_HDCAM_Nlsub.avi | Video | 2013/12/30 |
| 106. | 50.76.100.253 | Bangerz (Deluxe Version) | Audio | 2013/12/31 |
| 107. | 50.76.100.253 | DJ Khaled - Suffering From Success (Deluxe Edition) [2013] 320 | Audio | 2013/12/31 |
| 108. | 50.76.100.253 | Bully[2011]BRRip 720p H264-ETRG | Video | 2014/01/08 |
| 109. | 50.76.100.253 | Yes.Man.2008.720p.BluRay.DTS.x264-DON | Video | 2014/02/20 |
| 110. | 50.76.100.253 | The Counselor (2013) [1080p] | Video | 2014/02/24 |
| 111. | 50.76.100.253 | Pharrell Williams - G I R L (Mastered for iTunes) | Audio | 2014/03/03 |
| 112. | 50.76.100.253 | House.Of.Cards.2013.S02.720p.WEB-DL.x264-Sohu | TV Series | 2014/03/03 |
| 113. | 50.76.100.253 | The.Butler.2013.1080p.BluRay.DTS.x264-PublicHD | Video | 2014/03/03 |
| 114. | 50.76.100.253 | Captain.Phillips.2013.1080p.BluRay.X264-AMIABLE[rarbg] | Video | 2014/03/13 |
| 115. | 50.76.100.253 | 12.Years.a.Slave.2013.720p.BluRay.999MB.ShAaNiG.com.mkv | Video | 2014/03/17 |
| 116. | 50.76.100.253 | The.Grandmaster.2013.US.Cut.720p.BluRay.DTS.x264-PublicHD | Video | 2014/03/17 |
| 117. | 50.76.100.253 | Rush [2013] 1080p BluRay AAC x264-tomcat12[ETRG] | Video | 2014/03/17 |
| 118. | 50.76.100.253 | Hours (2013) 720p BluRay 775MB-Micromkv | Video | 2014/03/17-2014/03/26 |
| 119. | 50.76.100.253 | Game.Of.Thrones.S03.Season.3.1080p.BluRay.DTS-HD.MA.5.1.x264-PublicHD | TV Series | 2014/03/18-2014/03/19 |
| 120. | 50.76.100.253 | The Walking Dead Season 4 Episode 14 720p HDTV [GlowGaze.fm] | TV Series | 2014/03/19 |
| 121. | 50.76.100.253 | Adobe Photoshop Lightroom 5.2 Final (64 bit) [ChingLiu] | Software | 2014/03/20 |
| 122. | 50.76.100.253 | FL Studio Producer Edition 11.0.0 Final - R2R [ChingLiu] | Software | 2014/03/20 |
| 123. | 50.76.100.253 | Thor.2011.Bluray.1080p.DTS-HD-7.1.x264-Grym@BTNET | Video | 2014/03/20 |
| 124. | 50.76.100.253 | Oblivion.2013.1080p.BluRay.Remux.AVC.DTS-HD.MA.7.1-RemuxXmeHD | Video | 2014/03/20 |
| 125. | 50.76.100.253 | Thor.The.Dark.World.2013.1080p.BluRay.DTS-HD.MA.7.1.x265.HEVC-PublicHD | Video | 2014/03/20 |
| 126. | 50.76.100.253 | AUTODESK.PRODUCT.DESIGN.SUITE.ULTIMATE.V2014.WIN64-ISO | Software | 2014/03/20-2014/03/21 |
| 127. | 50.76.100.253 | The Essential Guide to HTML5 and CSS3 Web Design 2012 | eBook | 2014/03/21 |
| 128. | 50.76.100.253 | Web Designer UK - The Perfect Blend Html + Css + Jquery (January 2014) | eBook | 2014/03/21 |

Voltage, et. al. v. Doe                                                                                                    Exhibit 1

| | | | | |
|---|---|---|---|---|
| 129. | 50.76.100.253 | 47.Ronin.2013.1080p.BluRay.x264-SPARKS [PublicHD] | Video | 2014/03/22 |
| 130. | 50.76.100.253 | The.Walking.Dead.S04E16.PROPER.HDTV.x264-2HD.mp4 | TV Series | 2014/04/01 |
| 131. | 50.76.100.253 | Delivery Man (2013) [1080p] | Video | 2014/04/08 |
| 132. | 50.76.100.253 | Game.of.Thrones.S04E02.720p.HDTV.x264-2HD [PublicHD] | TV Series | 2014/04/14 |
| 133. | 50.76.100.253 | Game of Thrones S04E03 Breaker of Chains | TV Series | 2014/04/22 |
| 134. | 50.76.100.253 | Game of Thrones S04E04 480p [HDTV] 200MB[MKV] | TV Series | 2014/04/28 |
| 135. | 50.76.100.253 | I, Frankenstein (2014) | Video | 2014/05/05 |
| 136. | 50.76.100.253 | How I Met Your Mother Season 9 Complete 720p.Web.Dl.Sujaidr | TV Series | 2014/05/06 |
| 137. | 50.76.100.253 | About Last Night (2014) | Video | 2014/05/13 |
| 138. | 50.76.100.253 | X-Men.First.Class.2011.1080p.BluRay.DTS.x264-RARBG | Video | 2014/05/14-2014/05/15 |
| 139. | 50.76.100.253 | The Legend of Hercules 2014 1080p.BluRay.5.1.x264 . NVEE | Video | 2014/05/19 |
| 140. | 50.76.100.253 | 12 Years a Slave (2013) [1080p] | Video | 2014/05/19 |
| 141. | 50.76.100.253 | The.Hobbit.The.Desolation.Of.Smaug.2013.1080p.BluRay.DTS-HD.MA.7.1-PublicHD | Video | 2014/05/20 |
| 142. | 50.76.100.253 | Winter's Tale (2014) | Video | 2014/06/06 |
| 143. | 50.76.100.253 | Walk of Shame (2014) | Video | 2014/06/10 |
| 144. | 50.76.100.253 | Her (2013) | Video | 2014/06/10 |
| 145. | 50.76.100.253 | Windows 8 Keys.txt | Software | 2014/06/20 |
| 146. | 50.76.100.253 | Friends Complete Boxset Seasons 1 - 10 + Extras DVDRip HDTV TSV | TV Series | 2014/07/16 |
| 147. | 50.76.100.253 | Bad Words (2013) | Video | 2014/07/25 |
| 148. | 50.76.100.253 | Transcendence (2014) | Video | 2014/07/25 |

Voltage, et. al. v. Doe                                                                                                              Exhibit 1